**Exhibit A**

# JEOPARDY!

## LGBTQ+ Representation

This slideshow is licensed under a Creative Commons Attribution Non-Commercial 3.0 United States license. For more information about this license see http://creativecommons.org/licenses/by-nc/3.0/ (In short, you can copy, distribute, and adapt this work as long as you give proper attribution and do not charge for it.)



# JEOPARDY BOARD

| Music | 2000's Icons | TV/Movies | Books | Mystery |
|-------|--------------|-----------|-------|---------|
| $100 | $100 | $100 | $100 | $100 |
| $200 | $200 | $200 | $200 | $200 |
| $300 | $300 | $300 | $300 | $300 |
| $400 | $400 | $400 | $400 | $400 |
| $500 | $500 | $500 | $500 | $500 |

Case 1:25-cv-00037-MR-WCM    Document 1-1    Filed 02/03/25    Page 2 of 55

# Music - $100 Question

Famous American rapper who rose to fame in 2018-2019

Click to see answer

# Music - $100 Answer

Lil Nas X

Case 1:25-cv-00037-MR-WCM    Document 1 Click to return to Jeopardy Board 

# Music - $200 Question

What artist sings this: "Got my hands up, they're playin' my song"

Click to see answer

# Music - $200 Answer

Miley Cyrus

Case 1:25-cv-00037-MR-WCM    Document 1

Click to return to Jeopardy Board



# Music - $300 Question

## Who sings Super Rich Kids?

Click to see answer

# Music - $300 Answer

# Frank Ocean



# Music - $400 Question

What artist sings: "Long nights, daydreams
Sugar and smoke rights, I've been a fool but strawberries and cigarettes"

Click to see answer

# Troye Sivan

Case 1:25-cv-00037-MR-WCM    Document 1-

Click to return to Jeopardy Board



# Music - $500 Question

Was discovered on TikTok, going viral for her talented music covers. Opener for Reneé Rapp.

Click to see answer

# Music - $500 Answer

Towa Bird

Case 1:25-cv-00037-MR-WCM    Document 1-    Filed 02/06/25    Page 12 of 55



# 2000's Icons - $100 Question

Expressing her bisexuality through her music and public persona. Her anthem 'Born This Way' resonated with many in the LGBTQ+ community.

Click to see answer



# 2000's Icons - $100 Answer

Lady Gaga

Case 1:25-cv-00037-MR-WCM     Document 1-

Click to return to Jeopardy Board



# 2000's Icons - $200 Question

She is married to Portia de Rossi and was the voice of Dory in Finding Nemo

Click to see answer

# 2000's Icons - $200 Answer

## Ellen DeGeneres



# 2000's Icons - $300 Question

Broke television stereotypes when he came out publicly in 2006. As an openly gay actor playing a straight character, he challenged societal expectations and became an inspiration for many in the LGBTQ+ community. Known to be in Doogie Howser, the 1989 Sitcom

Click to see answer

# 2000's Icons - $300 Answer

# Neil Patrick Harris

Case 1:25-cv-00037-MR-WCM    Document 1-

Click to return to Jeopardy Board



# 2000's Icons - $400 Question

Participated in the 8th season of American Idol, and became a beacon of pride for the LGBTQ+ community. He has collaborated with rock band Queen as lead vocalist.

Click to see answer

# 2000's Icons - $400 Answer

## Adam Lambert



# 2000's Icons - $500 Question

Gained great visibility in 2003 when he became a cast member of the tv makeover series Queer Eye for the Straight Guy, serving as its food and wine specialist. Host of the hit prime-time competition series Chopped on Food Network.

Click to see answer

# 2000's Icons - $500 Answer

Ted Allen

Case 1:25-cv-00037-MR-WCM    Document 1-

Click to return to Jeopardy Board



# TV/Movies - $100 Question

A British coming-of-age romantic comedy-drama television series on Netflix, written and created by Alice Oseman.

Click to see answer

# TV/Movies- $100 Answer

Heartstopper (2022-)



# TV/Movies - $200 Question

Type Swedish teen drama romance television series on Netflix. Prince Wilhelm adjusts to life at his prestigious new boarding school, but following his heart proves more challenging than anticipated.

Click to see answer

# TV/Movies - $200 Answer

## Young Royals (2021-2024)

Case 1:25-cv-00037-MR-WCM    Document 1- **Click to return to Jeopardy Board** 

# TV/Movies - $300 Question

An American reality television series, set out to Atlanta to help some of the city's people refine their wardrobes, grooming, diet, cultural pursuits, and home decor.

Click to see answer

# TV/Movies - $300 Answer

# Queer Eye (2018-)

Click to return to Jeopardy Board



# TV/Movies - $400 Question

A contemporary coming-of-age story about a girl who's trying to determine where she fits in. She is turning 13 at the beginning of the series when her world turns upside down after discovering a huge secret.

Click to see answer

# TV/Movies - $400 Answer

# Andi Mack (2017-2019)



# TV/Movies - $500 Question

A shy, straight A-Chinese-American student who is approached by a male jock at her school who asks her to write a love letter to Aster Flores, the girl he has a crush on, and the girl she has a crush too.

Click to see answer

# TV/Movies - $500 Answer

## Half Of It (2020)



# Books - $100 Question

An ongoing LGBTQ+ young adult graphic novel and webcomic series written and illustrated by British author. Explores friendship, love, and coming out.

Click to see answer

# Books - $100 Answer

## Heartstopper



# Books - $200 Question

Tells the story of Simon, a junior growing up in a small conservative town. He is gay and has not shared it with anyone and is not ready to yet. Keeping up a relationship via email w/a boy.

Click to see answer

# Books - $200 Answer

# Simon vs. the Homo Sapiens Agenda



# Books - $300 Question

Follows a Black queer girl, Liz Lighty who has always believed she's too black, too poor, too awkward to shine in her small, rich, prom-obsessed Midwestern town. Despite her anxiety, she runs for prom queen in her school's prom competition in order to get a scholarship to her dream school. Author: Leah Johnson

Click to see answer

# Books - $300 Answer

You Should See Me In A Crown



# Books - $400 Question

A LGBTQ+ romance novel by American author Casey McQuiston. The First Son of the US, falling in love with the Prince of England. The novel is set in America in 2016, when Alex's mother has just been elected President. Filled with hope, love, and the possibility of radical change.

Click to see answer

# Books - $400 Answer

Red, White, and Royal Blue



# Books - $500 Question

A novel written by an American author Torrey Peters. The lives of 3 women- transgender and cisgender collide after an unexpected pregnancy forces them to confront their deepest desires

Click to see answer

# Books - $500 Answer

Detransition, Baby



# Mystery- $100 Question

The first openly gay politician in California. He advocated for improvements and access to resources for the gay community. He was 48 years old when he was assassinated in 1978.
A) John F. Kennedy
B) Harvey Milk
C) Frida Kahlo
D) James Baldwin

Click to see answer

# Mystery - $100 Answer

# B) Harvey Milk



# Mystery - $200 Question

Who created the trans flag?
A)Gilbert Baker
B)Mike Page
C)Monica Helms
D)Frida Kahlo

Click to see answer

# Mystery - $200 Answer

## C) Monica Helms

Case 1:25-cv-00037-MR-WCM    Document 1-    

**Mystery - $300 Question**

He acted in Star Trek, and has been a huge advocate for LGBTQ rights.
A)George Takei
B)Matt Bomer
C)Wilson Cruz
D)Billy Porter

Click to see answer

# Mystery - $300 Answer

A)George Takei

Click to return to Jeopardy Board



# Mystery - $400 Question

Who came out as gay and announced his engagement after he was inspired to come out after the passage of the Respect for Marriage Act, which allows all states to recognize same-sex marriages.

He is a former MLB pitcher for Cleveland Indians and Toronto Blue Jays.

A) Billy Bean
B) TJ House
C) David Denson
D) Anderson Comas

Click to see answer

# Mystery - $400 Answer

# B) TJ House



# Mystery - $500 Question

Who is the first openly gay man to actively play in the NFL?
A)Ryan Russell
B)Carl Nassib
C)Robbie Rogers
D)Jason Paul Collins

Click to see answer

# Mystery - $500 Answer

# B) Carl Nassib



**FINAL**

# JEOPARDY!

Past Jeopardy Winner

Click to see question

# Final Jeopardy Question

Who was the first openly transgender person to compete in, and to win, the Jeopardy! Tournament of Champions?

A)Julia Collins

B)James Holzhauer

C)Amy Schneider

D)Rhone Talsma

Click to see answer

# Final Jeopardy Answer

## C) Amy Schneider

