

November 7, 2024

Chris Kratzer
434 Webb Road
Shelby, NC 28152

Mr. Kratzer,

Thank you for your October 31, 2024 correspondence. We are in receipt of your request for information. As requested, attached please find a copy of Senate Bill 49 "Parents Bill of Rights". While we consistently keep state and federal laws in mind when making decisions, specific sections of the Parents Bill of Rights were not highlighted in the process of making the decision referenced in your email. Furthermore, no meeting was convened nor did a vote take place when making this decision.

The Cleveland County Board of Education affirms the principle that every student should be given an equal opportunity for a sound basic education. Furthermore, no student, on the basis of any characteristic protected by federal or state law, will be excluded from participating in the programs and services of the school system or otherwise be subjected to discrimination under any educational program or activity conducted by the school system. The Activism Club is a function of the school day and includes teacher-led activities in the classroom during the school day. Cleveland County Board Policies 3200 'Selection of Instructional Materials' and 5210 'Distribution and Display of Non-School Materials' are used as a basis for our decision.

Thank you again for reaching out with your questions. We value good communication between staff, students, parents, and community members. We appreciate your continued support of Cleveland County Schools.

Sincerely,

Stephen Fisher
Superintendent
Cleveland County Schools

Cc: Leigha Sink, Board Attorney, Cleveland County Schools
Sandy Hamrick, Director of Student Services, Cleveland County Schools
Eli Wortman, Principal, Shelby High School

Enclosures: Parent Bill of Rights
Cleveland County Board of Education Policy 3200
Cleveland County Board of Education Policy 5210

**CENTRAL SERVICES**
400 West Marion Street
Shelby, North Carolina 28150