UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division
Civil Case No. 1:25-cv-37 -MR-WCM

M.K., a minor, by and through her father and next friend Earl Kratzer,

    Plaintiff,

v.

STEPHEN FISHER, et al.,

    Defendants.

## DECLARATION OF EARL KRATZER

I, Earl Kratzer, hereby declare:

1. My name is Earl Kratzer. I am over the age of eighteen.

2. M.K. is my daughter. I'm very proud of her. She is a smart and compassionate person who sincerely cares about our community.

3. M.K. started the Activism Club in her freshman year at Shelby High School to discuss topics not covered by the official curriculum that people should be aware of.

4. M.K. and I both believe that it's important to recognize that LGBTQ+ people are part of our world and have made important contributions to American society.

5. When I learned that M.K and the Activism Club would not be allowed

1

to play the Jeopardy-like quiz game M.K. created that focuses on LGBTQ+ people, I emailed the Cleveland County Schools Superintendent, Dr. Stephen Fisher, to ask him why.

6. On November 7, 2024, I received a response from Dr. Fisher. (Attachment 1.)

7. The response stated that Dr. Fisher had not relied on the Parents Bill of Rights law to justify his denial of the game. Instead, he had used two Board policies: "Selection of Instructional Materials" and "Distribution and Display of Non-School Materials."

8. I found this response confusing. It did not explain how the two policies were applied and they appeared contradictory. The letter also didn't mention any specific concerns with the quiz game.

9. I am not aware of any other student club being completely prohibited from holding a discussion like this.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _19th____ the day of February, 2024

_____
Earl Kratzer



**www.clevelandcountyschools.org**
**(704) 476-8000**

November 7, 2024

Chris Kratzer
434 Webb Road
Shelby, NC 28152

Mr. Kratzer,

Thank you for your October 31, 2024 correspondence. We are in receipt of your request for information. As requested, attached please find a copy of Senate Bill 49 "Parents Bill of Rights". While we consistently keep state and federal laws in mind when making decisions, specific sections of the Parents Bill of Rights were not highlighted in the process of making the decision referenced in your email. Furthermore, no meeting was convened nor did a vote take place when making this decision.

The Cleveland County Board of Education affirms the principle that every student should be given an equal opportunity for a sound basic education. Furthermore, no student, on the basis of any characteristic protected by federal or state law, will be excluded from participating in the programs and services of the school system or otherwise be subjected to discrimination under any educational program or activity conducted by the school system. The Activism Club is a function of the school day and includes teacher-led activities in the classroom during the school day. Cleveland County Board Policies 3200 'Selection of Instructional Materials' and 5210 'Distribution and Display of Non-School Materials' are used as a basis for our decision.

Thank you again for reaching out with your questions. We value good communication between staff, students, parents, and community members. We appreciate your continued support of Cleveland County Schools.

Sincerely,

Stephen Fisher
Superintendent
Cleveland County Schools

Cc:   Leigha Sink, Board Attorney, Cleveland County Schools
      Sandy Hamrick, Director of Student Services, Cleveland County Schools
      Eli Wortman, Principal, Shelby High School

Enclosures:   Parent Bill of Rights
              Cleveland County Board of Education Policy 3200
              Cleveland County Board of Education Policy 5210

**CENTRAL SERVICES**
400 West Marion Street
Shelby, North Carolina 28150