IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:25-cv-00037-MR-WCM

| | |
|---|---|
| EARL KRATZER, *On behalf of and As next friend of* M. K., | ) ) ) ORDER |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| STEPHEN FISHER, *individually and in his official capacity as the Superintendent of the Cleveland County Schools*; | ) ) ) ) |
| JOEL SHORES, *in his official capacity as member of the Cleveland County Board of Education*; | ) ) ) |
| AARON BRIDGES, *in his official capacity as member of the Cleveland County Board of Education*; | ) ) ) |
| DANNY BLANTON, *in his official capacity as member of the Cleveland County Board of Education;* | ) ) ) |
| GLORIA SHERMAN, *in her official capacity as member of the Cleveland County Board of Education;* | ) ) ) |
| RON HUMPHRIES, *in his official capacity as member of the Cleveland County Board of Education;* | ) ) ) |
| DAVID FISHER, *in his official capacity as member of the Cleveland County Board of Education*; | ) ) ) |
| RONNIE GRIGG, *in his official capacity as member of the Cleveland County Board of Education*; | ) ) ) |
| KENNETH LEDFORD, *in his official capacity as member of the Cleveland County Board of Education*; | ) ) ) |
| WALTER SPURLING, | ) |

| | |
|---|---|
| *in his official capacity as member of the Cleveland County Board of Education;* | )<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

This matter is before the Court on a Joint Motion to Stay (the "Motion," Doc. 12) in which the parties represent that they have "agreed upon terms to resolve this lawsuit" and request that this matter be stayed for a period of forty-five (45) days.

For the reasons set forth in the Motion, and after conferring with the chambers of the presiding District Judge, the undersigned will allow the request.

**IT IS THEREFORE ORDERED** that the Motion (Doc. 12) is **GRANTED**, and this matter is **TEMPORARILY STAYED** through and including **April 28, 2025**. Absent a motion requesting that this stay be extended for good cause, the temporary stay will automatically expire on **April 29, 2025**.

It is so ordered.

Signed: March 14, 2025

W. Carleton Metcalf
United States Magistrate Judge